UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 09cr4340LAB (BLM) |
| Plaintiff, | **ORDER REQUIRING DEFENDANT TO PAY FOR LEGAL REPRESENTATION** |
| v. | |
| BETTY ANN VANDER VALK WALSH, | |
| Defendant. | |

On October 27, 2009, Defendant Betty Ann Vander Valk Walsh ("Walsh") was arrested and charged with Bringing In Illegal Aliens without Presentation, in violation of 18 U.S.C. §1324. Doc. No. 1. Defendant Walsh's initial appearance was delayed due to her extended stay in a medical facility. Doc. Nos. 2, 5, 9-12. On October 29, 2009, Magistrate Judge Ruben Brooks provisionally appointed Federal Defenders to represent Walsh. Doc. No. 5.

On November 6, 2009, Defendant Walsh made her initial appearance in court. Doc. No. 12. After reviewing the filed financial affidavit [doc. no. 13], the Court confirmed the provisional appointment of Federal Defenders, pursuant to 18 U.S.C. §3006A. The Court stated that the filed financial affidavit indicated that Walsh had significant

assets which indicated an ability to pay for her legal representation. The Court so advised Walsh and set a status hearing regarding counsel on November 19, 2009, and ordered Walsh to file a more detailed financial affidavit.  Doc. No. 22.  On November 19, 2009, Walsh filed a more detailed financial affidavit.  Doc. No. 31.  On November 19 and December 3, 2009, the Court advised Walsh that she appeared to have sufficient assets to hire a lawyer or pay for her legal fees and inquired if there was additional information she wished to provide. Doc. Nos. 22 and 30.  Walsh did not provide any additional information to the Court and the Court confirmed its finding that Walsh had sufficient assets to pay for her legal representation.  Id.  Because Walsh did not retain counsel, nor indicate a desire to do so, the Court confirmed the appointment of Federal Defenders and took the repayment issue under submission.  Id.

After further review of the submitted financial affidavits, the Court confirms its holding that Walsh does have the ability to pay for her legal representation.  Because this case has not concluded, the court does not know the extent of Walsh's legal bills.  Once this case is termed, counsel for Walsh shall notify the Clerk's Office that the case has concluded, advise Walsh in writing of the amount of the attorneys' fees, and file a declaration stating the amount of the attorneys' fees.  The declaration and notifications must occur within thirty days of the conclusion of the case.

///

1  Within ninety days of the conclusion of the case, Walsh is to submit
2  full payment directly to the Clerk of Court for the Southern District
3  of California, 880 Front Street, Suite 4290, San Diego, California
4  92101-8890.
5  **IT IS SO ORDERED.**
6
7  DATED: 12/21/2009            *[signature]*
8                                BARBARA L. MAJOR
                                 United States Magistrate Judge